# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

YVELISSE A. GONZALEZ RODRIGUEZ

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ04-M-224 JLA

(Name and Address of Defendants)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 21, 2004**, in **Suffolk** County, in the District of **Massachusetts** and elsewhere defendant did,

knowingly and intentionally and unlawfully import into the United States, from a place outside thereof, heroin, a Class I controlled substance,

in violation of Title **21** United States Code, Section(s) **952(a)**.

I further state that I am a **Special Agent with the Bureau of Immigration and Customs Enforcement** and that this complaint is based on the following facts:

    See Attached Affidavit of Special Agent Eric LaForte

Continued on the attached sheet and made a part hereof:    X Yes    ☐ No

_signature_
Signature of Complainant
Eric LaForte
Special Agent, Bureau of Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

May 21, 2004
Date

Boston, Massachusetts
City and State

JOYCE LONDON ALEXANDER
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_signature_
Signature of Judicial Officer

**AFFIDAVIT OF ERIC LAFORTE**

I, ERIC LAFORTE, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Bureau of Immigration and Customs Enforcement ("ICE"). I have been employed as a Special Agent for ICE since March 2003. I am currently assigned to ICE's Drug Smuggling Group located in Boston, Massachusetts.

2. I have participated in drug related arrests and interviewed witnesses and defendants. I have received specialized training sponsored by ICE regarding narcotics identification, narcotics investigations, and narcotics. I am familiar with the appearance of narcotics sold on the street, including heroin, and the manner in which such narcotics are packaged and sold.

3. This Affidavit is submitted in support of a criminal complaint charging YVELISSE A. GONZALEZ RODRIGUEZ ("RODRIGUEZ") with importation of heroin, a Schedule I controlled substance, into the United States from a place outside thereof, in violation of 21 U.S.C. § 952(a). This affidavit does not set forth all the facts developed during the course of this investigation. Rather, it sets forth only those facts that are necessary and sufficient to establish probable cause to believe that RODRIGUEZ has committed the crime set forth in the accompanying Criminal Complaint.

4. On Friday, May 21, 2004, at approximately 1:30 a.m., RODRIGUEZ arrived at Logan International Airport in Boston, Massachusetts, on Air Jamaica flight number 0049 from Montego Bay, Jamaica. Investigation by U.S. Customs officials revealed that RODRIGUEZ was traveling from Curacao via Jamaica on a recently issued ticket, that she had departed Boston for Curacao via Jamaica on May 15, 2004, that she had purchased the ticket three days prior to departure with cash, and was traveling on a passport issued just three days prior to departure, May 12, 2004. Both Jamaica and Curacao are source countries for narcotics. RODRIGUEZ was questioned by U.S. Customs officials before leaving the U.S. Customs territory at Terminal E of Logan Airport. When questioned by U.S. Customs officials, RODRIGUEZ was evasive and inconsistent in her answers regarding basic information and her itinerary. U.S. Customs officials also observed that she was acting in a nervous manner, chewing her pen, tapping her feet and avoiding eye contact. At approximately 3:57, based on the foregoing, Customs officials requested that RODRIGUEZ consent to an X-Ray of her person. RODRIGUEZ consented to an X-Ray and signed a written consent form, written in spanish.

5. At approximately 5:48 a.m. on May 21, 2004, RODRIGUEZ was transported to Whidden Memorial Hospital in Everett, Massachusetts, where at approximately 5:55 a.m., medical personnel conducted X-Rays of the stomach area of RODRIGUEZ. The

X-Rays showed numerous pellets inside the stomach of RODRIGUEZ. RODRIGUEZ subsequently admitted to officials that she had swallowed pellets of heroin in Curacao to smuggle into the United States. RODRIGUEZ said that she thought she had swallowed approximately 60 pellets. RODRIGUEZ said that she had smuggled narcotics before.

6. At approximately 7:03 a.m., RODRIGUEZ passed seventeen pellets. At approximately 7:27 a.m., the substance inside one of the pellets field tested positive for heroin. RODRIGUEZ was thereafter placed under arrest.

7. Based on the information contained in this affidavit, all of which is true and accurate to the best of my knowledge, information and belief, I believe that there is probable cause to believe that RODRIGUEZ did import, heroin, a Schedule I controlled substance, into the United States from a place outside thereof, in violation of 21 U.S.C. § 952(a).

_____
ERIC LAFORTE
Bureau of Immigration and Customs Enforcement

Subscribed and sworn to before me this 21st day of ~~December~~ May 2004.

_____
JOYCE LONDON ALEXANDER
United States Magistrate Judge

3

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**      **Category No.** II      **Investigating Agency** ICE

**City** East Boston      **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Ivelisse A. Gonzalez Rodriguez    Juvenile: ☐ Yes   X No

Alias Name: _____

Address: 280 Seaver Street, Dorchester, MA

Birthdate: 1976   SS _____   Sex: F   Race: Hispanic   Nationalit: Dominican

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA **Maureen B. Hogan**    Bar Number if applicable _____

**Interpreter:** X Yes   No    List language and/or dialect: Spanish

**Matter to be SEALED:** Yes   X No

     Warrant Requested      ☐ Regular Process      X In Custody

**Location Status:**

Arrest Date: May 21, 2004

☐ Already in Federal Custody as of _____ in _____
     Already in State Custody at _____    ☐ Serving Sentence    Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:**   X Complaint    ☐ Information    Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   X Felony One

Continue on Page 2 for Entry of U.S.C. Citations

X    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 21, 2004    Signature of AUSA: _[signature]_

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Yvelisse A. Gonzalez Rodriguez _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   21 U.S.C. § 952(a) | Importation of Heroin | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

js45.wpd - 2/7/02