AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__U.S.__   DISTRICT OF   __Massachusetts__

### APPEARANCE

Case Number: __MJ04-m-224 JLA__

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for __Ivelese Gonzaley Rodriguez__

I certify that I am admitted to practice in this court.

| | |
|---|---|
| Date: __5-24-04__ | Signature: _(signed)_ |
| | Print Name: __JOHN M CICILLINE__   Bar Number: __RI 3350__ |
| | Address: __387 Atwells ave__ |
| | City/State/Zip: __Providence R.I. 02909__ |
| | Phone Number: __401-273-5600__   Fax Number: __401-454-5600__ |

**FILED IN OPEN COURT**

**U.S. DISTRICT COURT**

**MAY 2004**

**RECEIVED**