# United States District Court
## FOR THE
### DISTRICT OF MASSACHUSETTS

2004 JUL 23 P 12:20

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES OF AMERICA

vs.

YVELISSE A. GONZALEZ RODRIGUEZ

No. MJ04-M-224JLA

Mr. CLERK:

Enter my appearance as counsel for the

the defendant, Yvelisse A. Gonzalez Rodriguez                in the above-entitled case

Dated at Lynn, Massachusetts

on 15th day of July , ~~19~~ 2004

*Ronald Ian Segal*

Address 23 Central Avenue, Suite 605

Lynn, MA 01901

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

NO. MJ04-M-1224-JLA

UNITED STATES OF AMERICA

vs.

YVELISSE A. GONZALEZ RODRIGUEZ

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly enter my appearance as attorney for the Defendant, Yvelisse A. Gonzalez Rodriguez, in the above-entitled matter.

*Ronald Ian Segal*
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA. 01901
(781) 599-2800

DATED: July 15, 2004

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Notice Of Appearance, by mailing same, postage prepaid to, Maureen Hogan, Assistant U.S. Attorney's Office, Suite 9200, Boston, Massachusetts 02210, this 15th day of July, 2004.

*Ronald Ian Segal*
RONALD IAN SEGAL