UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

YVELISSE A. GONZALEZ RODRIGUEZ
    Defendant

CRIMINAL CASE
NO. 04-10220 MLW

NOTICE
OF
ARRAIGNMENT

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for an **arraignment** at **10:30 a.m.** on **Thursday, August 5, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

August 4, 2004           /S/ Rex Brown
Date                       Courtroom Clerk
                              (617) 748-9238

Notice to:    John M. Cicciline, Esq.
                *Via electronic filing*
                AUSA Maureen Hogan, Esq.
                *Via electronic filing*

Enclosures:   Indictment