## DISTRICT COURT OF THE UNITED STATES
## FOR THE DISTRICT OF MASSACHUSETTS

**UNITED STATES**

V.                                    **CASE NUMBER-MJ 04-M-224 JLA**

**YVELISE A. GONZALEZ-RODRIGUEZ**

### MOTION TO WITHDRAW

Now comes John M. Cicilline in the above entitled cause and moves to withdraw as counsel and for reason says:

1) Defendant has retained new counsel.

>                                   Respectfully submitted
>                                   Yvelisse Gonzalez Rodriguez
>                                   By his attorney,
>
>                                   _____
>                                   John M. Cicilline, Esquire
>                                   387 Atwells Avenue
>                                   Providence, RI 02909
>                                   Tel: 401-273-5600
>                                   Fax: 401-454-5600

### CERTIFICATION

I, the undersign, hereby certify that I cause to deliver a true copy of the within to the US Attorney's Office.

_____