UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10220 MLW

YVELISSE A. GONZALEZ RODRIGUEZ
Defendant

NOTICE
OF
CONFERENCE

ALEXANDER, U.S.M.J.

PLEASE TAKE NOTICE that upon the request of the parties via telephonic conference with this Court's Clerk prior to hearing, the above-entitled case, previously scheduled for September 14, 2004, has been re-scheduled for an **Initial Status Conference** at **10:45 a.m.** on **Thursday, October 7, 2004,** before Magistrate Judge Joyce London Alexander in Courtroom #24 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

Please note that the defendant must appear with counsel.

HONORABLE JOYCE LONDON ALEXANDER
U.S. MAGISTRATE JUDGE

By the Court:

October 4, 2004
Date

/S/ Rex Brown
Courtroom Clerk
(617) 748-9238

Notice to:   John M. Cicciline, Esq.
             *Via electronic filing*
             AUSA Maureen Hogan, Esq.
             *Via electronic filing*