UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10220 MLW

YVELISSE GONZALEZ RODRIGUEZ
    Defendant

REPORT & ORDER ON
INITIAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On October 7, 2004, the parties appeared before this Court for an Initial Status Conference. With regard to the following issues, the parties have represented that:

1. There are no unusual or complex issues presented requiring an early joint conference of the District Judge or the Magistrate Judge with the attorneys;

2. There are no features of the case that may deserve special attention or modification of the standard schedule;

3. There is no anticipated supplemental discovery;

4. There is no discovery concerning any expert witnesses pursuant to Fed. R. Crim. P. 16 (a)(1)(E) & 16(b)(1)(C);

5. The applicable periods of excludable delay under the Speedy Trial Act include: August 5, through September 2, 2004 (28 days) and September 2, through October 7, 2004 (35 days), for a total of sixty-three (63) days as of October 7, 2004. The government and defense have not yet moved to exclude the time period from October 7, 2004, through November 22, 2004. The total amount of time to proceed to trial is seventy (70) days as of October 7, 2004;

6. Trial is uncertain at this time;

7. Other matters: Motion to Suppress to be filed.

    IT IS HEREBY ORDERED THAT

      A motion date pursuant to Fed. R. Crim. P. 12 (c) has been established. Dispositive motions shall be due on or before November 8, 2004, with the defendant's motions due November 22, 2004. An **Final Status Conference** is scheduled at **11:00 a.m.** on **November 22, 2004,** in Courtroom 24, 7th floor.

      **Pursuant to LR 116.5 (C), parties shall confer and, not later than three (3) business days before the Final status Conference, prepare and file a joint Final Status Conference Memorandum.**

                                HONORABLE JOYCE LONDON ALEXANDER
                                U.S. MAGISTRATE JUDGE

                                By the Court:

<u>November 2, 2004</u>                <u>/S/ Rex Brown</u>
Date                              Courtroom Clerk
                                (617) 748-9238