UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Criminal No. 04 CR 10220 MLW
)
YVELISSE GONZALEZ RODRIGUEZ )

FILED
In Open Court
USDC Mass.
Date 10/7/04
By _____
Deputy Clerk

## JOINT MOTION TO EXCLUDE TIME

The United States and the Defendant, respectfully move to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the following time periods:

a) from August 5, 2004 through and including September 2, 2004. This 28 day period for automatic discovery should be excluded pursuant to Local Rule 112.2

b) from September 2, 2004 through October 7, 2004 (inclusive). Automatic discovery was provided on September 2, 2004, and an initial status conference set for September 14, 2004. The Defendant requested a continuance of the status conference and the initial status was continued to October 7, 2004. This continuance was necessary to give the defendant time to prepare her case and have her counsel present to represent her. Accordingly, this continuance was in the interest of justice and the time from September 2, 2004 through and including October 7, 2004 should be excluded.

10/7/04 _____, M.J. Allowed

For the foregoing reasons, exclusion of these time periods serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: *[signature]*
>Maureen B. Hogan
>Assistant U.S. Attorney
>
>CHUONG VAN DUONG
>By his attorney,
>
>*[signature]*
>Ronald Ian Segal

Dated: October 7, 2004

Maureen B. Hogan
Assistant U.S. Attorney