UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )  | |
| v.                          ) | Criminal No.  04 CR 10220 MLW |
| )  | |
| YVELISSE GONZALEZ RODRIGUEZ )  | |

JOINT MOTION TO CONTINUE FINAL STATUS CONFERENCE

The United States and the Defendant respectfully move to continue the Final Status Conference from November 22, 2004 to December 22, 2004.  When the Court initially scheduled the Final Status Conference for November 22, 2004, this date was selected to coincide with the completion of the parties briefs on a Motion to Suppress.  As originally scheduled, the Defendant's Motion to Suppress was due on November 8, 2004 and the government's Opposition due on November 22, 2004, the date selected for the Final Status Conference.  Since then, the Court has allowed the Defendant's Motion to Extend Time For Filing of Motion to Suppress, with the Defendant's Motion due November 30, 2004 and the Government's Opposition due December 14, 2004.

   Accordingly, it now makes sense to reschedule the Final Status Conference until after the briefing on the Motion to

Suppress is complete. The parties therefore request that the Final Status Conference be rescheduled to December 22, 2004.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

By:  /s/ Maureen B. Hogan
     Maureen B. Hogan
     Assistant U.S. Attorney


     YVELISSE GONZALEZ RODRIGUEZ
     By her attorney,


     /s/ Ronald Ian Segal
     Ronald Ian Segal
     23 Central Avenue
     Suite 605
     Lynn, MA 01901

Dated: November 18, 2004