UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    Criminal No.  04 CR 10220 MLW
                            )
YVELISSE GONZALEZ RODRIGUEZ )

                        MOTION TO EXCLUDE TIME

    The United States respectfully moves to exclude, in computing the time within which the trial of this matter shall commence under 18 U.S.C. §3161(c)(1), the time period from October 7, 2004 through and including December 14, 2004.  The Defendant requested an extension of time to file a Motion to Suppress until November 30, 2004 in order to give her time to prepare her Motion and also to extend the Government's time to file its Opposition until December 14, 2004. In the Defendant's Motion to Extend Time, the Defendant agreed that this period of time be excluded from the speedy trial calculation.  Accordingly, this continuance was in the interest of justice and the time from October 7, 2004 through and including December 14, 2004 should be excluded.

For the foregoing reasons, exclusion of this time period serves the interests of justice and is appropriate under 18 U.S.C. §3161(h)(8)(A).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By: /s/ Maureen B. Hogan
    Maureen B. Hogan
    Assistant U.S. Attorney

Dated: November 18, 2004