UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No.  04 CR 10220 MLW |
| ) | |
| YVELISSE GONZALEZ RODRIGUEZ ) | |

### ASSENTED TO MOTION TO EXTEND TIME FOR GOVERNMENT TO FILE OPPOSITION TO MOTION TO SUPPRESS

The United States respectfully moves this Court for an extension of time to file it's Opposition to defendant's Motion to Suppress from December 14, 2004 until December 23, 2004.  As reasons therefore, the government states that it requires more time to prepare its Opposition and to coordinate with the Customs Inspectors involved in the stop of the defendant at Logan airport in order to properly respond to the arguments made by the defendant in her Motion to Suppress.

The defendant assents to this motion.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Maureen B. Hogan
     Maureen B. Hogan
     Assistant U.S. Attorney

Dated: December 9, 2004