UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

CRIMINAL CASE
NO. 04-10220 MLW

YVELISSE GONZALEZ RODRIGUEZ
    Defendant

REPORT & ORDER ON
FINAL STATUS CONFERENCE

ALEXANDER, U.S.M.J.

    On December 9, 2004, the parties appeared before this Court for a Final Status Conference. With regard to the following issues, the parties have represented that:

1. There are no features of the case that deserve special attention or modification of the standard schedule;

2. Discovery is complete and there are no pending discovery motions;

3. There is no supplemental discovery anticipated;

4. The applicable periods of excludable delay under the Speedy Trial Act include: August 5, through September 2, 2004 (28 days); September 2, through October 7, 2004 (35 days); October 7, 2004, through November 22, 2004 (46 days), for a total of one hundred and nine (109) days as of December 9, 2004. The total amount of time to proceed to trial is seventy (70) days as of December 9, 2004. There is a pending dispositive motion to suppress that will cause additional excludable time on the Speedy Trial Clock;

5. (a) The defendant does not intend to raise a defense of insanity;

   (b) The defendant does not intend to raise a defense of public authority;

6. The defendant does not intend to raise an alibi defense;

7. There is a pending motion to suppress that will require a ruling by the District Judge before trial;

8. A briefing schedule is not necessary;

9. There is the possibility of early resolution of the case without trial;

10. Trial may be necessary. The estimated duration of the trial is one (1) week;

11. Other matters: The defendant informed the Court that discussions on the motion to Suppress will be case dispositive.

    IT IS HEREBY ORDERED THAT

Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to the District Judge.

    HONORABLE JOYCE LONDON ALEXANDER
    UNITED STATES MAGISTRATE JUDGE
    By the Court:

    /S/ Rex Brown
    Courtroom Clerk
    (617) 748-9238

December 8, 2004
Date