RECE[IVED]
Judge Alexander's Chambers
NOV 23 2004

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 04 CR 10220  MLW |
| ) | |
| v. ) | |
| ) | |
| YVELISSE GONZALEZ-RODRIGUEZ ) | |

### DEFENDANT'S MOTION TO SUPRESS FRUITS OF UNLAWFUL SEARCH AND SEIZURE

NOW comes the defendant, Yvelisse Gonzalez, by and through undersigned counsel, and respectfully requests that this Honorable Court grant her Motion to Suppress in the above-entitled matter on the following grounds:

1. There is a lack of demonstration in the investigative report of any suspicious behavior of the defendant before she was stopped that would justify the stop and search.

2. The search of defendant's body was illegal because her consent not voluntary.

3. The police search of the defendant constituted a search prohibited by the Fourth Amendment to the Constitution of the United States of America.

WHEREFORE, the defendant submits that all items recovered pursuant to said search are fruits of an illegal search, and should therefore be deemed inadmissible.

In support thereof, the defendant submits a Memorandum of Law, attached hereto and incorporated herewith.

Respectfully submitted,
YVELISSE GONZALEZ-RODRIGUEZ
By her attorney,

_____
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA 01901
(781) 599-2800