EXHIBIT A

# Formulario de consentimiento para una radiografía

Yo, suscrito, por la presente consiento que se realice una radiografía del torso de mi cuerpo por un centro medico o atraves de facilidades de rayos-x nombrado por el Servicio de Aduanas de los Estados Unidos. Si es del sexo femenino, también consiento al examen de embarazo antes de llevar acabo el rayos x. Yo acepto que los resultados de dichos examenes y archivos relacionados incluyendo los archivos medicos se entreguen a los oficiales del Servicio de Aduanas de los Estado Unidos. Por la presente descargo al centro, y al personal que realice dichos examenes, y a cualquier oficial del Servicio de Aduanas de los Estado Unidos que ordene la realizacion de dichos examenes, de cualquier responsabilidad a raiz de dichos examenes. Comprendo que tengo el derecho de negar dicho consentimiento y acepto que mi consentimiento es brindado voluntariamente y que es libre de amenazas, coecion u otra intimidacion.

Firmado: _[signature]_

Nombre impreso: _MELISSA GONZALEZ_

Sexo (marque uno): Masculino (Femenino)

Fecha: 5-21-04

Hora: 0357

Firma del testigo: _[signature]_

Insignia #: #56352

Firma del testigo: _[signature]_

Insignia #: #58051

Spanish

USA0001