Exhibit G

3
HSP

165085

U.S. Department of Justice
Drug Enforcement Administration

Read Instructions on Reverse before completing.

**REPORT OF DRUG PROPERTY COLLECTED, PURCHASED OR SEIZED**

1. HOW OBTAINED (Check)

- [ ] Lab. Seizure
- [ ] Money Flashed
- [X] Internal Body Carry
- [ ] Purchase
- [ ] Seizure
- [ ] Compliance Sample (Non–Criminal)
- [ ] Free Sample
- [ ] Other (Specify)

| 2a. FILE NO. | 2b. PROGRAM CODE | 3. G–DEP ID |
|---|---|---|
| BO13HE04BO0047 | | |

4a. WHERE OBTAINED (City, State/Country)
Logan Int. Boston, MA  0443

4b. DATE OBTAINED
May 21, 2004

5. FILE TITLE
YVELISSE GONZALEZ – RODRIGUEZ

6a. REFERRING AGENCY (Name)
I.C.E

6b. REFERRAL
[X] Case No. OR [ ] Seizure No.
No BO13HE04BO0047

7. DATE PREPARED
May 24, 2004

8. GROUP NO.

| Exhibit No. | 10. FDIN (8 characters) | 11. ALLEGED DRUGS | 12. MARKS OR LABELS (Describe fully) | APPROX. GROSS QUANTITY | | 15. Purchase Cost |
|---|---|---|---|---|---|---|
| | | | | 13. Seized | 14. Submitted | |
| 1 | 2004994387 | heroin | none | 740 g w/bag | 740 g w/bag | |

16. WAS ORIGINAL CONTAINER SUBMITTED SEPARATE FROM DRUG?   [ ] NO (included above)   [X] YES (If Yes, enter exhibit no. and describe original container fully)

REMARKS: On May 21, 2004 Yvelisse Gonzalez-Rodriguez arrived at Logan Airport in Boston, MA on Air Jamaica Flight 0049. During routine secondary inspection, inspectors suspected Gonzalez of being an internal courier. Gonzalez signed an x-ray consent form. A subsequent x-ray revealed foreign bodies in Gonzalez's XXXXXX abdomen.

17. SUBMITTED BY SPECIAL AGENT (Signature)
S/A Eric LaForte

18. APPROVED BY (Signature & Title)
G/S James P. Maxwell

**LABORATORY EVIDENCE RECEIPT REPORT**

19. NO. PACKAGES
1

20. RECEIVED FROM (Signature & Date)

21. Print or Type NAME and TITLE

22. SEAL
[ ] Broken  [ ] Unbroken
LSP  06/10/04

23. RECEIVED BY (Signature & Date)
5/26/04

24. Print or Type NAME and TITLE

**LABORATORY REPORT**

25. ANALYSIS SUMMARY AND REMARKS

Exhibit #1 contains heroin hydrochloride, lidocaine (salt form undetermined), and caffeine.

Gross Wt. = 778.0 g

Net Wt. = 585.3 g

* 1.0 gram removed for a special program.

| Exhibit No. | 27. Lab. No. | 28. ACTIVE DRUG INGREDIENT (Established or Common Name) | CONCENTRATION | | | 32. AMT. OF PURE DRUG | 33. RESERVE |
|---|---|---|---|---|---|---|---|
| | | | 29. Strength | 30. Measure | 31. Unit | | |
| 1 | 165085 | heroin hydrochloride | 72 | % | | 421.4 g | 583.0 g |

34. ANALYST (Signature)
STACEY TURNER

35. TITLE
FORENSIC CHEMIST

36. DATE COMPLETED
06/10/2004

37. APPROVED BY (Signature & Date)
THOMAS M. BLACKWELL

38. TITLE
LABORATORY DIRECTOR

39. LAB. LOCATION
NEW YORK

DEA Form – 7
(Sept. 1995)

Previous edition dated 4/90 may be used until stock is exhausted.

1 – Prosecution

USA0030