UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                          **CRIMINAL  CASE**

                                                         **NO.** <u>**04-10220-MLW**</u>
                    **V.**

**YVILESSE GONZALEZ RODRIGUEZ**
              **Defendant(s)**

## NOTICE OF HEARING

<u>**WOLF, D.J.**</u>

   PLEASE TAKE NOTICE that the above-titled case has been set for a STATUS CONFERENCE  on <u>MARCH 16, 2005</u> at 2:30 P.M. before Judge Wolf in Courtroom # <u>10</u>  on the <u>5th</u>  floor.

                                                         **TONY ANASTAS**
                                                         **CLERK OF COURT**

<u>**March 2, 2005**</u>                        **By:**    <u>**/s/ Dennis O'Leary**</u>
          **Date**                                   **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**                              [ntchrgcnf.]
                                                         [kntchrgcnf.]