UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>   **CRIMINAL CASE**

**NO.** <u>04-10220-MLW</u>

V.

<u>**YVELISSE GONZALEZ-RODRIGUEZ**</u>
Defendant(s)

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL STATUS CONFERENCE on <u>MARCH 24, 2005</u> at 4:00 P.M. before Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

SARA THORNTON
CLERK OF COURT

<u>March 21, 2005</u>   By:   <u>/s/ Dennis O'Leary</u>
Date   Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)   [ntchrgcnf.]
[kntchrgcnf.]