```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04-10220-MLW |
| | ) | |
| YVELISSE GONZALEZ-RODRIGUEZ | ) | |

ORDER

WOLF, D.J.                                              March 24, 2005

Orally, and then in writing on March 17, 2005, the court granted defense counsel Ronald Segal's motion to reschedule the conference concerning defendant's motion to suppress. On March 21, 2005, the court issued the attached Notice of Hearing at 4:00 p.m. on March 24, 2005. Mr. Segal neither appeared on March 24, 2005 nor contacted the Clerk.

Accordingly, it is hereby ORDERED that:

1. Mr. Segal shall, by April 4, 2005, file an affidavit seeking to show cause why the court should not, pursuant to Federal Rule of Criminal Procedure 42, institute criminal contempt proceedings against him for his failure to appear, as ordered, on March 24, 2005.

2. A hearing to address the possible institution of contempt proceedings and to determine if a hearing is required on the motion to suppress shall be held on April 8, 2005, at 3:30 p.m.

                              /s/ Mark L. Wolf
                          UNITED STATES DISTRICT JUDGE