

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                       **CRIMINAL CASE**

                                     **NO. 04-10220-MLW**

V.

**YVELISSE GONZALEZ-RODRIGUEZ**
       **Defendant(s)**

### NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for an INITIAL STATUS CONFERENCE on MARCH 24, 2005 at 4:00 P.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

SARA THORNTON
CLERK OF COURT

March 21, 2005             By:    /s/ Dennis O'Leary
Date                                 Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)                      [ntchrgcnf.]
                                                   [kntchrgcnf.]