UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10220

| United States of America | Yviliese Gonzalez-Rodriguez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Maureen Hogan | Ronald Segal |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Status Conference |
|---|---|
| 3/24/05 | Defense counsel does not appear for the conference. |
|  | Court cannot proceed in the circumstances. |
|  | Order to issue. |