UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

CRIMINAL NO. 04-10220-MLW

UNITED STATES OF AMERICA

vs.

YVILESSE GONZALEZ RODRIGUEZ

### MOTION FOR CONTINUANCE OF STATUS CONFERENCE DATE

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the status conference date for reasons as follows:

1. Undersigned counsel was recently notified of said date and will be unable to appear because of having eye surgery on Monday, March 14, 2005 and will be unable to drive for at least seventy-two hours or more.

2. Undersigned counsel's secretary has spoken with Assistant Attorney General Maureen Hogan and she is fully aware of his medical issues.

3. It is agreeable with Assistant Attorney General Maureen Hogan to continue the within matter to any of the following afternoons: March 31, April 1, or April 8, 2005.

4. The request for a continuance is in the interest of justice, is based upon good cause, is without any fault on the part of the defendant and is not for the purpose of

*[Handwritten annotation: Allowed. The time to the rescheduled hearing is excluded for STA purposes. Wolf, D.J. 3/17/05]*

delay.

WHEREFORE, the defendant prays this Honorable Court allow a continuance of the States Conference Date to any date as is convenient with this Honorable Court, preferably, any of the following afternoons of March 31, April 1, and April 8, 2005.

Respectfully submitted,
YVILESSE GONZALEZ RODRIGUEZ
By her attorney,

_____
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA  01901
(781) 599-2800

## **CERTIFICATE OF SERVICE**

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Motion For Continuance Of Status Conference Date, by electronic mailing same, to Assistant United States Attorney Maureen Hogan, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 15th day of March, 2005.

RONALD IAN SEGAL