# SEGAL, JUDGE & ASSOCIATES
## Attorneys at Law

23 Central Avenue, Suite 605
Lynn, MA 01901
Tel (781) 599-2800
Fax (781) 599-6966

375 Common Street, Suite 205
Lawrence, MA 01840
Tel (978) 689-0300
Fax (978) 689-4188

**Ronald Ian Segal**
(also admitted in NH)

**Stephen D. Judge**
(also admitted in RI)

April 4, 2005

Honorable Justice Mark L. Wolf
United States District Court
For The District Of Massachusetts
One Courthouse Way – Suite 5110
Boston, MA. 02210

RE:  United States of America
VS:  Yvilesse Gonzalez Rodriguez
NO:  04-10220-MLW

Dear Judge Wolf:

   Enclosed please find the Affidavit which you requested and Certificate Of Service, in the above-entitled matter.

   Please be advised that Attorney Segal was unexpectedly hospitalized on Tuesday, March 29, 2005 and was released therefrom on Saturday, April 2, 2005.  I have attached hereto a copy of Dr. Freidin's letter

   Kindly file same.

   Thank you for your courtesy.

Very truly yours,

PATRICIA GAETA
OFFICE MANAGER

Encs.

Cc:  Assistant United States Attorney
     Maureen Hogan