SCANNED
DATE: 4-4-05
BY: [signature]

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 04-10220-MLW
)
YVELISSE GONZALES-RODRIGUEZ )

## AFFIDAVIT OF RONALD IAN SEGAL

I, Ronald Ian Segal, Esquire, under the pains and penalties of perjury, do hereby depose and say as follows:

1. Your affiant is counsel-of-record on behalf of the above-named defendant.

2. On March 14, 2005, undersigned counsel underwent cataract surgery at the Lahey Clinic North in Peabody, Massachusetts, performed by Carolyn Anderson.

3. Prior thereto, there was an elaborate series of medical appointments in preparation for anticipated surgery.

4. Following said surgery for a period of days, the entire right eye and surrounding area was completely bandaged and taped over.

5. Thereafter, and still, a protective cover over the entire eye has to be taped on during the night and no water may enter the eye.

6. On March 15 and March 23, 2005 there were follow-up appointments with said doctor.

7. In the interim, there were several different types of eye drops that had to be applied at differing intervals.

8. After the March 23, 2005 appointment, a complication developed causing great discomfort and apparent internal bleeding causing further appointments and further procedures to be undertaken.

9. The said eye is still so light sensitive that dark glasses must be worn at all times without means of any visual correction. Thus your affiant yet remains unable to read.

10. Due to the foregoing events and my absence from my office since March 14, 2005 your affiant inadvertently neglected to contact this Honorable Court while remaining disabled at home.

11. Immediately upon learning of my non-appearance on March 24, 2005, I contacted Clerk Dennis O'Leary and left him a voice mail to the effect of the foregoing.

12. Your affiant is sincerely sorry to have missed the status date on March 24, 2005, however, such inadvertence was not deliberate inasmuch as he was not aware of the March 21, 2005 Notice of Hearing at 4:00 P.M. scheduled on March 24, 2005.

13. I am in receipt of this Honorable Court's March 24, 2005 order to file the instant affidavit by April 4, 2005 and shall appear, as directed, at 3:30 P.M. on April 8, 2005 for all purposes.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

RONALD IAN SEGAL

DATED: March 28, 2005



Morris Drotch, M.D.
Monica Dube, F.N.P.C.
Ralph Freidin, M.D.
Thaddeus J. Nigbor wicz, M.D.
Christine Winger, M.D.
Richard Zangara, M.D.
Abigail Zavod, M.D. M.P.H.

March 30, 2005

To whom it may concern,

Yesterday, 3/29/05, as Mr. Ronald Segal's physician, I needed to hospitalize him for an acute medical problem. Please excuse him from his court obligations for the next week.

Sincerely,

Ralph B. Freidin, M.D.

RBF/pjl

## CERTIFICATE OF SERVICE

I, Patricia Gaeta, Office Manager, hereby certify that I have delivered copies of the within Affidavit, by mailing same, postage prepaid, to Assistant United States Attorney Maureen Hogan, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 4th day of April.

_____
PATRICIA GAETA