UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.  CR04-10220

| United States of America | Yvellise Gonzalez Rodriguez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Maureen Hogan | Ronald Segal |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE  Wolf        CLERK  O'Leary        REPORTER  Twomey

CLERK'S NOTES

| DATES: | Show Cause Hearing |
|---|---|
| 4/8/05 | Court marks affidavit of Ronal Segal (docket no 30) as exhibit 1 of today's date.  Court directs the clerk to make a copy of the voice mail message left by Attorney Segal and marks said copy as exhibit 2 of today's date.  Defendant takes the stand and is sworn.  Court conducts colloquy of the defendant regarding the representation of the defendant by Attorney Segal.  Defendant reports that should would like to continue to retain attorney Segal as her counsel.  Court orders the government to order a copy of the transcript of today's proceedings.  Court directs the clerk to provide a copy of Exhibit 2 to defense counsel and to the court.  Attorney Segal is willing to continue his representation of the defendant.  Defendant shall by April 15, 2005 report whether Attorney Segal will continue as defense counsel.  If so, the defendant shall by April 28, 2005 file an affidavit in support of her motion to suppress and defense counsel shall by, April 28, 2005, file a reply brief to the government's opposition to the defendant's motion to suppress.  A hearing will be held on May 2, 2005 at 2:00 to determine whether an evidentiary hearing is necessary to decide the motion to suppress. |