# SEGAL, JUDGE & ASSOCIATES
## Attorneys at Law

FILED
CLERKS OFFICE

2005 APR 18 A 8: 50

DISTRICT COURT
DISTRICT OF MASS

23 Central Avenue, Suite 605  
Lynn, MA 01901  
Tel (781) 599-2800  
Fax (781) 599-6966

375 Common Street, Suite 205  
Lawrence, MA 01840  
Tel (978) 689-0300  
Fax (978) 689-4188

**Ronald Ian Segal**  
(also admitted in NH)

**Stephen D. Judge**  
(also admitted in RI)

April 14, 2005

Honorable Justice Mark L. Wolf  
United States District Court  
For The District Of Massachusetts  
One Courthouse Way – Suite 5110  
Boston, MA. 02210

RE: United States of America  
VS: Yvilesse Gonzalez Rodriguez  
NO: 04-10220-MLW

Dear Judge Wolf:

Please be advised that I have spoken with my client by telephone and she still wished that I continue to represent her in the above-entitled matter.

Kindly contact me if any further information is required.

Thank you for your continued courtesy in this matter.

Very truly yours,

RONALD IAN SEGAL

RIS/pg

Encs.

Cc: Assistant United States Attorney  
Maureen Hogan

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Letter, by mailing same, postage prepaid, to Assistant United States Attorney Maureen Hogan, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 14th day of April, 2005

_____
RONALD IAN SEGAL