04-CR-10220-MLW

4-10-05

Honorable Justice

FILED IN CLERKS OFFICE
2005 APR 14 P 1:59
U.S. DISTRICT COURT
DISTRICT OF MASS.

My Name is Inelisee Gonzalez Rodriguez, and I was in Your Courtroom on 4-8-05 and My reason for writing You is to thank You for treating me as a human being and a person of value.

I was having alot of trouble with My case and attorney and by you recognizing the problem, You showed me that there is justice and recognition.

I would like Your Honor when You hear My case that You take into consideration that I am merely a human being and that I made a mistake and I am asking You to please consider my situation, I have 3 daughters that need My love and support and I have a mother whose health is not so quite healthy.

Your Honor, I am asking for forgiveness and I am entitled to do whatever it is that You want of Me because I do know and accept that I was wrong.

On the day that You sentence Me Your Honor, I am requesting that You not look at me but focus on My 3 children. I also took into consideration about what You said to me about changing my

lawyer, I didn't change my lawyer because I don't want my case to be prolonged more than it has already. I need to be with my family once again. I want to thank you for the respect and treatment that you gave me.

Respectfully Yours

*[signature]*