```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )    Cr. No. 04-10220-MLW
                                )
YVELISSE GONZALEZ-RODRIGUEZ     )
```

                            ORDER

WOLF, D.J.                                          April 11, 2005

    For the reasons stated in court on April 8, 2005, it is hereby ORDERED that:

    1. Deputy Clerk Dennis O'Leary shall make a copy of the message left on his voice mail by defense counsel Ronald Segal, Esq. concerning Mr. Segal's explanation of his failure to attend the March 24, 2005 conference. Mr. O'Leary shall provide copies of this message to Mr. Segal and to the court.

    2. The government shall order the transcript of the April 8, 2005 hearing.

    3. Defendant Yvelisse Gonzalez-Rodriguez and Mr. Segal shall, by April 15, 2005, confer and file a statement indicating whether Ms. Gonzalez-Rodriguez wishes to continue to retain Mr. Segal as her counsel.

    4. If Ms. Gonzalez-Rodriguez chooses to retain Mr. Segal as her counsel, she shall, by April 28, 2005, file an affidavit in support of her Motion to Suppress (Docket No. 19) and a reply memorandum addressing the government's opposition to that motion.

    5. A hearing to address pending issues, including whether an

evidentiary hearing should be conducted on the Motion to Suppress, shall be held on May 2, 2005, at 11:00 a.m.

                                               /s/ Mark L. Wolf
                                      UNITED STATES DISTRICT JUDGE