UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**                                  **CRIMINAL  CASE**

                                                                  **NO. 04-10220-MLW**

V.

**YVILESSE GONZALEZ-RODRIGUEZ**
        **Defendant(s)**

### NOTICE OF CANCELLATION

**WOLF, D.J.**

The **MOTION HEARING** previously scheduled for **MAY 2, 2005** at **11:00 A.M.** before Judge **Wolf**, has been CANCELLED.

                                                                  **SARA A. THORNTON**
                                                                  **CLERK OF COURT**

**April 28, 2005**                    **By:**   **/s/ Dennis O'Leary**
        **Date**                                       **Deputy Clerk**

**Notice to:**
**(crim-cancel.wpd - 7/99)**                                   [ntchrgcnf.]
                                                                         [kntchrgcnf.]