Mr. Segal,                                         4-18-05

I am writing you because there was a few things I would like you to add on to the motion that you had sent me to sign.

① One of the agents which were a woman never spoke to me in spanish when she indeed knew the language and was with me for 4 hours. The only thing she kept repeating to me was that I was in the United States. Until we arrived at the hospital was when she spoke to me in spanish saying to me did I know what I had. That was all, and that's when I realized she spoke Spanish.

② You had mentioned in one of the statements that I spoke very little english. When I do not speak any at all.

Mr. Segal, please add this to the motion, if not I have it as you can see Notarized.

Timothy J Flaherty
NOTARY PUBLIC
COMM. EXPIRES:
Oct. 10, 2008.

Thank you.
Respectfully Yours

Melissa Gonzalez

OFFICIAL SEAL
Timothy J. Flaherty
Notary Public - Massachusetts
My Comm. Expires Oct. 10, 2008