UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>YVELISSE GONZALEZ-RODRIGUEZ )<br>) | Criminal No. 04 CR 10220 |

### AFFIDAVIT OF DEFENDANT

I, Yvelisse Gonzalez-Rodriguez, duly sworn and subject to the pains and penalties of perjury, do hereby depose and say as follows:

1. I am the defendant charged with importation of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 952 (a).

2. On May 21, 2004 at approximately 1:30 A.M., I had deplaned at Logan Airport from a flight originally out of Montego Bay, Jamaica, along with many other passengers.

3. When I initially passed through customs, my carry-on suitcase was thoroughly searched and I was asked a lot of questions in English which I was not able to understand or respond to.

4. My native language is Spanish and I speak and understand very little English. I have never studied the English language.

5. I grew up in the Dominican Republic and went to school through the Seventh grade.

6. After the initial Customs search, two further apparent Customs Agents approached and questioned me. I did not understand what they were saying.

7. My luggage contained a number of pairs of new shoes and clothing with tags still on. I intended to sell them.

8. Thereafter, they took me into a separate room and a third agent entered therein. The agents then searched the contents of my luggage. No drugs were found therein.

9. For the next two and a half (2 1/2) hours, they questioned me, mostly in English. During this time, I felt very tired, frightened and intimidated. Much of the time, the agents were conversing amongst themselves in English which I was unable to understand. This fact made me feel very nervous and emotionally upset. I felt terribly alone and confined.

10. After the passage of all this time, I was presented with a consent form which I did not understand that I could refuse to sign. I was never adised that I had a right to refuse to sign.

11. I have never been previously arrested or detained and do not know what rights belong to me.

12. I never consented to have any internal materials removed from my body or searched.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

/YVELISSE GONZALEZ-RODRIGUEZ