**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                    **CRIMINAL  CASE**

                                                     **NO. 04-10220-MLW**

                **V.**


**YVILESE GONZALEZ RODRIGUEZ**
                **Defendant(s)**


**NOTICE OF HEARING**

**WOLF, D.J.**


    PLEASE  TAKE  NOTICE  that  the  above-titled  case  has  been  set  for  an

SCHEDULING CONFERENCE on MAY 23, 2005 at 10:00 A.M. before Judge Wolf in

Courtroom # 10  on the 5th  floor.


                                          **SARAH A. THORNTON
                                          CLERK OF COURT**



**May 16, 2005**                         **By:    /s/ Dennis O'Leary**
        **Date**                                 **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**

                                                   [ntchrgcnf.]
                                                   [kntchrgcnf.]