UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>   )<br>   v.                      )<br>   )<br>1. YVELISSE GONZALEZ RODRIGUEZ )<br>   )<br>       Defendant.          ) | No. 04-10220-MLW |

**GOVERNMENT'S MOTION FOR A BRIEF
CONTINUANCE OF THE SCHEDULING HEARING**

The United States of America hereby moves to continue the scheduling hearing currently scheduled for next Monday, May 23, 2005 at 10:00 a.m.  In support of this motion, the government states as follows: Undersigned counsel for the government has unexpectedly left town in connection with an emergency family health matter, and does not expect to be able to be present on Monday morning at the scheduled hearing time.  The government therefore respectfully seeks a short continuance so as to be able to be present at the hearing in this matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Maureen B. Hogan
     MAUREEN B. HOGAN
     Assistant U.S. Attorney

Dated: May 20, 2005