**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**UNITED STATES**                                            **CRIMINAL  CASE**

                                                             **NO. 04-10220-MLW**

                    **V.**

**YVELISSE RODRIGUEZ GONZALEZ**
                    **Defendant(s)**


                         **NOTICE OF HEARING**

**WOLF, D.J.**


        **PLEASE  TAKE  NOTICE** that the above-titled case has been set for a

SCHEDULING CONFERENCE on JUNE 17, 2005 at 10:00 A.M. before Judge Wolf in

Courtroom # 10  on the 5th  floor.



                                            **SARAH A. THORNTON**
                                            **CLERK OF COURT**



**June 9, 2005**                        **By:    /s/ Dennis O'Leary**
        **Date**                                **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**

                                            [ntchrgcnf.]
                                            [kntchrgcnf.]