UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF
MASSACHUSETTS

CRIMINAL NO. 04-10220-MLW

UNITED STATES OF AMERICA

vs.

YVILESSE GONZALEZ RODRIGUEZ

**MOTION FOR CONTINUANCE OF STATUS CONFERENCE TIME**

NOW comes the defendant in the above-entitled matter, by and through undersigned counsel, and respectfully moves this Honorable Court to continue the status conference time for reasons as follows:

1. Undersigned counsel was recently notified of said date and will be unable to appear at 10:00 A.M. because of having to wait for approximately two months for a doctors appointment at the Leahy Burlington with Dr. Kawal at the Pain Management Clinic at 11:00 A.M..

2. Undersigned counsel's secretary has spoken with Assistant United States Attorney Maureen Hogan's secretary, Maribel Hernandez, who has stated that she has spoken with Ms. Hogan and was told that 2:00 P.M. on Friday, June 17, 2005 is agreeable with her if it is agreeable with this Honorable Court.

3. The request for a continuance is in the interest of justice, is based upon good cause, is with any fault on the part of the defendant and is not for the purpose of delay.

1

WHEREFORE, the defendant prays this Honorable Court allow the time to be changed to 2:00 P.M..

Respectfully submitted,
YVILESSE GONZALEZ RODRIGUEZ
By her attorney,

*/s/ Ronald Ian Segal*
RONALD IAN SEGAL
23 Central Avenue
Suite 605
Lynn, MA 01901
(781) 599-2800

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the within Motion For Continuance Of Status Conference Time, by Faxing same, to Assistant United States Attorney Maureen Hogan, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210, this 14th day of June, 2005.

_____
RONALD IAN SEGAL