UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**UNITED STATES**　　　　　　　　　　　　　**CRIMINAL CASE**

　　　　　　　　　　　　　　　　　　　　　　**NO. 04-10220-MLW**
　　　　　V.

**YVELISSE GONZALEZ RODRIGUEZ**
　　　**Defendant(s)**

## NOTICE OF HEARING

**WOLF, D.J.**

PLEASE TAKE NOTICE that the above-titled case has been set for a SCHEDULING CONFERENCE on **AUGUST 5, 2005** at 11:00 A.M. before Judge Wolf in Courtroom # 10 on the 5th floor.

　　　　　　　　　　　　　　　　　　　　SARAH A. THORNTON
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT

**July 14, 2005**　　　　　　　　　By:　**/s/ Dennis O'Leary**
　　Date　　　　　　　　　　　　　　　　Deputy Clerk

**Notice to:**
(crim-notice.wpd - 7/99)　　　　　　　　　[ntchrgcnf.]
　　　　　　　　　　　　　　　　　　　　[kntchrgcnf.]