```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA    )
                            )     Cr. No. 04-10220-MLW
    v.                       )
                            )
YVELLESE A. GONZALES        )
RODRIGUEZ                   )
    Defendant.               )

## ORDER

WOLF, D.J.                                          August 4, 2005

    I recently ruptured my Achilles Tendon and have been directed by my doctor not to conduct court proceedings in the near future. Accordingly, the previously scheduled hearing in this matter is hereby CANCELLED and will be rescheduled when my medical situation permits.

                                          /s/ MARK L. WOLF
                                       UNITED STATES DISTRICT JUDGE