# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**UNITED STATES**
              **CRIMINAL  CASE**

                      **NO. 04-10220-MLW**

      **V.**

**YVELISSE GONZALEZ RODRIGUEZ**
       **Defendant(s)**

### NOTICE OF HEARING

**WOLF, D.J.**

   **PLEASE  TAKE  NOTICE** that  the  above-titled  case  has  been  set  for  a SCHEDULING CONFERENCE on SEPTEMBER 19, 2005 at 2:00 P.M. before Judge Wolf in Courtroom # 10  on the 5th  floor.

                     **SARAH A. THORNTON**
                     **CLERK OF COURT**

**August 25, 2005**        **By:**  **/s/ Dennis O'Leary**
    **Date**             **Deputy Clerk**

**Notice to:**
**(crim-notice.wpd - 7/99)**         [ntchrgcnf.]
                   [kntchrgcnf.]