UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10220

| United States of America | Yvelisse Rodriguez Gonzalez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Maureen Hogan | Steven Judge |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf        CLERK   O'Leary        REPORTER   Twomey

CLERK'S NOTES

| DATES: | Scheduling Conference - Interpreter, Sylvia Zetterstrand, sworn in. |
|---|---|
| 9/19/05 | Court orders Attorney Judge to call counsel of record and have him appear before 3:00 PM. |
| | Court recesses until attorney Segal appears. Court resumes with Attorney Segal. Court inquires into the defendant as to whether she wishes to retain Mr. Segal as her attorney. Defendant informs the court that she wishes to retain Mr. Segal. Parties agree that an evidentiary hearing is required on the defendant's pending motion to suppress. Court schedules the evidentiary hearing for 10/5/2005 at 9:30 AM. Court issues a sequestration order. Court orders the government to produce witness statements and materially exculpatory evidence by 9/30/2005. Court orders the defendant to report by 9/28/2005 whether she intends to pursue her motion to suppress. |