UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Cr. No. 04-10220-MLW |
| ) | |
| YVELISSE A. GONZALEZ RODRIGUEZ, ) | |
|      Defendant.          ) | |

ORDER

WOLF, D.J.                                         September 19, 2005

For the reasons stated in detail in court on September 19, 2005, it is hereby ORDERED that:

1. Defense counsel shall confer with Defendant Gonzalez Rodriguez and counsel for the government and report, by September 28, 2005, whether the defendant intends to proceed with the motion to suppress.

2. If necessary, the government shall, by September 30, 2005, produce all witness statements and material exculpatory evidence relating to the motion to suppress.

3. If necessary, a hearing shall be held on October 5, 2005, at 9:30 a.m., and will continue from day to day until complete.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE