UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No.  04 CR 10220 MLW |
| ) | |
| YVELISSE GONZALEZ RODRIGUEZ ) | |

ASSENTED TO MOTION TO CONTINUE
EVIDENTIARY HEARING ON MOTION TO SUPPRESS

The United States respectfully moves this Court to continue the evidentiary hearing on the defendant's motion to suppress from October 5, 2005 to November 7 or 8, 2005.  The defendant has assented to this motion to continue and counsel is available on the dates suggested.

As reasons therefore, the government states as follows:

After the court scheduled this evidentiary hearing for October 5, 2005 at the scheduling conference held on September 22, 2005, the undersigned Assistant United States Attorney, Maureen Hogan, learned that an important medical examination and evaluation regarding the short and long-term health care of her mother had been scheduled for that day.  AUSA Hogan assists with the care of her mother who suffers with a serious illness and whose health has substantially declined over the past 6 months. AUSA Hogan's presence and participation at the October 5, 2005 medical appointment are necessary to assure that her mother's health care issues are understood and addressed.  Attendance at

this appointment and assistance with her mother's care will require that AUSA Hogan be out of the office from October 4, 2005 to October 6, 2005.  AUSA Hogan has discussed this continuance with defense counsel who has assented to this motion and indicated his availability on November 7 and 8, 2005.  Accordingly, the government respectfully requests this Court to continue the evidentiary hearing until November 7 or 8, 2005.

                                                      Respectfully submitted,

                                                     MICHAEL J. SULLIVAN
                                                     United States Attorney

                               By:   /s/ Maureen B. Hogan
                                         Maureen B. Hogan
                                         Assistant U.S. Attorney

Dated: September 27, 2005