UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10220

| United States of America | Yvelisse Gonzalez-Rodriguez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Maureen Hogan | Ronald Segal |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 10/17/05 | Defense requests time to confer with the defendant to see whether she wishes to proceed with the motion hearing. Court grants the request. Defendant informs the court that she wishes to change her plea to guilty. Government requests that the court postpone taking the defendant's plea today so that the parties may enter into a plea agreement. Parties to file a status report by 12:00 tomorrow. Change of plea hearing scheduled for 9:00 AM on Thursday, October 20, 2005. |