UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    Criminal No.  04 CR 10220 MLW
                              )
YVELISSE GONZALEZ RODRIGUEZ   )


                        JOINT STATUS REPORT

    The government and the defendant hereby report to the Court that they expect to be able to go forward with the Rule 11 hearing at 9:00 a.m. on October 20, 2005.


                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Maureen B. Hogan
                              Maureen B. Hogan
                              Assistant U.S. Attorney


                              YVELISSE GONZALEZ RODRIGUEZ
                              Defendant

                              By her attorney,


                              /s/ Ronald Ian Segal
                              Ronald Ian Segal, Esq.


Dated: October 18, 2005