```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA          )
                                  )
          v.                      )    Cr. No. 04-10220-MLW
                                  )
YVELISSE A. GONZALEZ RODRIGUEZ,   )
          Defendant.              )
```

ORDER

WOLF, D.J.                                          October 17, 2005

      For the reasons stated in court on October 17, 2005, it is hereby ORDERED that:

      1. The hearing on defendant Yvelisse Gonzalez Rodriguez's Motion to Suppress is continued.

      2. Counsel for the government and counsel for Gonzalez Rodriguez shall confer and, by October 18, 2005, at 12:00 noon, report whether a plea agreement has been reached.

      3. If appropriate, a Rule 11 hearing shall be held on October 20, 2005, at 9:00 a.m.

 

                                                      /s/ MARK L. WOLF  
                                               UNITED STATES DISTRICT JUDGE