UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10220

| United States of America | Yvilesse Gonzalez Rodriguez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Maureen Hogan | Ronald Segal |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Change of Plea |
|---|---|
| 10/20/05 | Interpreter, Gabriel Haddad, sworn in. |
| | Government files the signed plea agreement in court and orally moves to file it under seal. Court grants the request. Court marks the plea agreement as Exhibit 1 under seal. |
| | Defendant takes the stand and is sworn in. |
| | Plea colloquy government states the facts it would prove had the case gone to trial. |
| | Defendant pleads guilty to one count indictment. |
| | Court accepts the defendant's plea of guilty and orders the clerk to enter the same. |
| | Court continues the defendant's detention |
| | Sentencing set for 1/12/2006 at 3:00 PM. Sentencing procedural order to issue. |