```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA      )
                              )
        v.                    )    Criminal No.  04 CR 10220 MLW
                              )
YVELISSE GONZALEZ RODRIGUEZ   )
```

JOINT MOTION TO CONTINUE RULE 11 HEARING

The United States and the Defendant, Yvelisse Gonzalez Rodriguez, respectfully move this Court to continue the Rule 11 hearing scheduled in this case from January 12, 2005 to February 23, 2005. As reasons therefore, the parties state that the additional time is necessary for the government to evaluate and potentially develop the limited information provided by the defendant. As such, this continuance is in the interest of the defendant.

```
Dated: January 3, 2005              Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                              By:   /s/ Maureen B. Hogan
                                    Maureen B. Hogan
                                    Assistant U.S. Attorney


                                    YVELISSE GONZALEZ RODRIGUEZ
                                    By her attorney,


                                    /s/ Ronald Ian Segal
                                    Ronald Ian Segal
```

Case 1:04-cr-10220-MLW    Document 57    Filed 01/03/2006    Page 2 of 2