UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No.  04 CR 10220 MLW |
| ) | |
| YVELISSE GONZALEZ RODRIGUEZ  ) | |

JOINT MOTION TO CONTINUE SENTENCING HEARING

The United States and the Defendant, Yvelisse Gonzalez Rodriguez, respectfully move this Court to continue the sentencing hearing scheduled in this case from January 12, 2005 to February 23, 2005.  As reasons therefore, the parties state that the additional time is necessary for the government to evaluate and potentially develop the limited information provided by the defendant.  As such, this continuance is in the interest of the defendant.

Dated: January 5, 2006                    Respectfully submitted,

                                          MICHAEL J. SULLIVAN
                                          United States Attorney

                                    By:   /s/ Maureen B. Hogan
                                          Maureen B. Hogan
                                          Assistant U.S. Attorney


                                          YVELISSE GONZALEZ RODRIGUEZ
                                          By her attorney,


                                          /s/ Ronald Ian Segal
                                          Ronald Ian Segal