UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10220-MLW

```
******************************          *
                                         *
UNITED STATES OF AMERICA                 *
                                         *
                                         *
          v.                             *
                                         *
                                         *
YVELISSE GONZALEZ-RODRIGUEZ              *
                                         *
                                         *
******************************
```

## AFFIDAVIT OF COUNSEL

I, Ronald Ian Segal, upon knowledge and belief do hereby depose and state as follows:

1. Your affiant is, and has been, counsel of record on behalf of the defendant, Yvelisse Gonzalez-Rodriguez, in the above-entitled matter.

2. On February 16, 2006, this Honorable Court allowed the defendant's since-sealed motion to continue filing of pre-sentence memorandum and sentencing. (Wolf, J.). In allowing the defendant's motion, the Honorable Judge Wolf further ordered the defendant submit, by February 28, 2006, an affidavit stating whether she wishes her sentencing date be rescheduled for late 2006 while this counsel recuperates from recent illness and scheduled surgery, or whether she wishes to seek new counsel to represent her for the sentencing while this counsel is convalescing.

3. Early afternoon on February 27, 2006, associate counsel, Honor Kerry Segal, Esquire, from this counsel's office visited the defendant in MCI Framingham to discuss and explain her options, as directed by the Honorable Judge Wolf. During this meeting, the defendant declared to counsel that she intends to discharge this counsel and seek other counsel to represent her for the sentencing. She further indicated that her family did not wish to honor a discounted, pre-arranged fee agreement.

4. During the February 27, 2006 meeting, the defendant and counsel from my office, drafted an Affidavit of Defendant, attached hereto, in which the defendant seeks to release this counsel and seeks to have counsel appointed to represent her for the sentencing. Unfortunately, after a long wait, and several attempts by correctional officers at MCI Framingham to page the Notary Public, it was learned by counsel from this office that the Notary Public was unavailable, as this person had since left for the day.

WHEREFORE, your affiant has no choice but to withdraw as counsel for the purpose of sentencing so that said purpose may be expedited.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

_____
RONALD IAN SEGAL

## CERTIFICATE OF SERVICE

I, Ronald Ian Segal, Esquire, hereby certify that I have delivered copies of the Affidavit of Counsel and Affidavit of Defendant, by hand delivering same, to the Assistant United States Attorney Maureen Hogan, One Courthouse Way, Boston, Massachusetts 02210, this 28, February, 2006.

RONALD IAN SEGAL