UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

U.S.
v.
IVELISSE GONZALEZ-RODRIGUEZ

CRIMINAL NO: 04-10220-MLW

## AFFIDAVIT OF DEFENDANT

I, Ivelisse Gonzalez-Rodriguez, do hereby say and depose as follows, subject to the pains and penalties of perjury:

1. I am the defendant in the above-entitled matter.

2. That on Monday, February 27, 2006, counsel from the office of Attorney Ronald Ian Segal visited me to discuss my options for retaining other counsel to represent me, or to have Attorney Ronald Ian Segal represent me for my sentencing date.

3. At this point, I wish to retain other counsel to represent me on my sentencing date. And, I wish to discharge Attorney Ronald Ian Segal as my counsel for the sentencing date.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY, THIS 27TH DAY OF FEBRUARY, 2006.

*[signature]*
IVELISSE GONZALEZ-RODRIGUEZ