UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 APR 17 P 1: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| Unted States of America ) | Criminal No.: 04 CR 10220 MLW |
| v. ) |  |
| Yvelisse Gonzalez-Rodriguez ) |  |

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as Attorney on behalf of Defendant, in connection with the above captioned matter.

Dated: April 13, 2006

Respectfully Submitted,

Jose A. Espinosa
Attorney for the Defendant
11 Green Street
Jamaica Plain, MA 02130
(617)522-4849
BBO# 156220