UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES**</u>                                   **CRIMINAL CASE**

                                                      **NO.** <u>04-10220-MLW</u>
                        **V.**

<u>**YVELISSE GONZALEZ RODRIGUEZ**</u>
            **Defendant(s)**

<u>**NOTICE OF HEARING**</u>

<u>**WOLF, D.J.**</u>

PLEASE TAKE NOTICE that the above-titled case has been set for a SENTENCING HEARING on <u>MAY 23, 2006</u> at 3:00 P.M. before Chief Judge Wolf in Courtroom # <u>10</u> on the <u>5th</u> floor.

                                            SARAH A. THORNTON
                                            CLERK OF COURT

<u>May 11, 2006</u>                     By:   <u>/s/ Dennis O'Leary</u>
    Date                                  Deputy Clerk

**Notice to:**
**(crim-notice.wpd - 7/99)**                    [ntchrgcnf.]
                                                [kntchrgcnf.]