UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CRIMINAL
NO. 04-CR-10220-MLW

_____
UNITED STATES

V.

YVELISSE GONZALEZ-RODRIGUEZ
_____

**DEFENSE COUNSEL'S MOTION TO WITHDRAW**

Now comes counsel for the defendant in the above-entitled matter and respectfully moves this Honorable Court to allow him to withdraw. In support hereof, counsel says that the defendant has retained new counsel, Jose Espinosa, who has entered an appearance in this case. Counsel has made available to Mr. Espinosa the entire file of former attorney Ronald Segal.

Respectfully submitted:

"s/John Moss."_____
John P. Moss, Jr., BBO # 357940
675 Massachusetts Ave.
Cambridge, Massachusetts  02139
(617) 491-1129