04-CR-10220-
MLW

Ivelissa Gonzalez
MCI Framingham
P.O. Box 9007
Framingham MA 01701

RE: Sentencing Hearing

Dear Judge Mark Wolff,

FILED
IN CLERKS OFFICE

2006 MAY 18  P 12: 58

U.S. DISTRICT COURT
DISTRICT OF MASS.

I have been held in MCI Framingham for 2 years now and am waiting to be sentenced. I had a sentencing hearing date of January 16, 2006 and February 23, 2006, which were both cancelled.

I no longer have leagle representation and wish you would appoint an attorney for me. Attorney John Jiga was my attorney. His daughter recently came to visit me here to inform me that he will be out of work for another 6 months.

Judge Mark Wolff was residing on the previous hearing dates. At that time he asked me if I wanted another attorney and I declined, but I was not aware Attorney Jiga's situation, with having surgery and the needed recovery time.

I urge you to please appoint me with different leagle representation and set a hearing date as soon as possible. Please let me know of your decision. I will look forward hearing your respone.

Sincerely.

Ivelissa Gonzalez

56