# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | 2006 MAY 19  ₽ 4: 37 |
| **Plaintiff** ) | U.S. DISTRICT COURT |
| v. ) | DISTRICT OF MASS. |
| ) | CRIMINAL ACTION |
| ) | 04CR10220 m ( w |
| **YVELISSE GONZALEZ** ) |  |
| **Defendant** ) |  |
| ) |  |

## ASSENTED TO MOTION TO CONTINUE SENTENCING

The defendant in the above-entitled matter moves this Honorable Court to allow a

continuance of the sentencing hearing.

As reasons therefore,

1. Counsel has very recently been hired by the defendant.

2. Counsel has just been informed that a sentencing memorandum has not been
   filed in this matter.

3. Counsel has not yet had an opportunity to review the presentencing report
   filed with the court by probation department.

Wherefore, the defendant requests that the sentencing hearing be rescheduled to any day

after June 12, 2006 that is convenient to the court in order to prepare the aforementioned

memorandum.

Respectfully Submitted,
Yvelisse Gonzalez,
By Her Attorney,

Jose A. Espinosa
11 Green Street
Jamaica Plain, MA 02130
(617)522-4849
BBO#156220

Dated: May 19, 2006

Assented To: Maureen Hogan KH
        Maureen Hogan, Esq. / KH

## Certificate of Service

I, Jose Espinosa, hereby certify that a copy of the Assented to Motion for Leave to File
Sentencing Memorandum Late:

> Maureen Hogan
> Assistant U.S. Attorney
> U.S. Department of Justice
> United States Courthouse, Suite 9200
> 1 Courthouse Way
> Boston, MA 02210

This 19th day of May, 2006

$\int_{1}^{} 19(0 \varphi$

Date

Jose M. Espinosa
1 Green Street
Jamaica Plain, MA 02130
(617) 522-4849