UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2006 JUN -1 P 4: 32
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No. 04CR10220 MLW |
| | ) | |
| YVELISSE GONZALEZ | ) | |
| Defendant | ) | |

**Motion to Accept Late Filing of Sentencing Memorandum**

The Defendant in the above-entitled matter moves this Honorable Court to accept the late filing of her Sentencing Memorandum.

As reasons therefore,

1. Defendant's attorney is a sole practitioner and currently has an unusually heavy trial schedule.

2. Defendant's attorney recently was retained and had difficulty obtaining the case file from Defendant's former attorney.

Therefore the Defendant respectfully requests that this Honorable Court accept her Sentencing Memorandum two days late.

Respectfully Submitted,
Yvelisse Gonzalez
By Her Attorney,

Jose A. Espinosa
11 Green Street
Jamaica Plain, MA 02130
(617) 522-4849
Court of Appeals# 47574
BBO# 156220