UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CR04-10220

| United States of America | Yvelisse Gonzalez Rodriguez |
|---|---|
| PLAINTIFF | DEFENDANT |
| Maureen Hogan | Jose Espinosa |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Sentencing Hearing |
|---|---|
| 6/13/06 | Court inquires into the defendant regarding her current attorney. Defendant states that her mother arranged for her current counsel and is satisfied with his work. Court goes over the filings it has received for today's hearing. Court listens to arguments as to the defendant's role in the offense. Court finds that the defendant was minor participant and calculate the guidelines as follows: TOL 21, CH I, 37-46 months custody, 36-60 months supervised release, $7.5K - $2 million fine and $100 special assessment fee. Government opposes any departure and recommends a sentence of 37 months custody, $7.5K fine unless the court determines that the defendant is unable to pay a fine, 36 months supervised release, and $100 special assessment fee. Defendant argues for a downward departure to 33 months. Defendant addresses the court. Formal sentencing: 33 months custody, 48 months custody on the standard conditions plus if deported must leave promptly and not return without the permission of the secretary of homeland security, no f/a or other dw, cooperate in the collection of DNA, drug testing within 15 days of release not to exceed 104 times per year, Court does not impose a fine but does impose the mandatory $100 special assessment fee. Defendant advised of her right to appeal and to counsel. |